**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**ARIS W. LAMBERT,**

      **Plaintiff,**

**v.**                                **Case No. 5:25-cv-196-AW-MJF**

**RICKY DIXON, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 30) and incorporate it into this order. Plaintiff's complaint did not comply with the court's local rules, and Plaintiff not objected to the recommendation to dismiss on that basis. As the magistrate judge explains, dismissal without prejudice is the appropriate sanction.

The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on July 6, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge